FILED

08/11/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

# IN THE SUPREME COURT FOR THE STATE OF MONTANA

## No. DA 23-0189

IN THE MATTER OF:

C.H., C.H., AND S.H.,

Youths In Need Of Care.

## ORDER

Upon consideration of Mother and Appellant's Motion To Consolidate Cases, and with good cause shown,

IT IS HEREBY ORDERED that DA 23-0189, DA 23-0190, and DA 23-0191 are hereby consolidated under DA 23-0189 and captioned as above.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 11 2023